IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SPERIAN WELDING PROTECTION AG<br>Plaintiff,<br>v.<br>SELLSTROM MANUFACTURING COMPANY<br>Defendant. | Case No. CA 08-307 |

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT AGAINST DEFENDANT SELLSTROM MANUFACTURING COMPANY**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Sperian Welding Protection AG ("Sperian") herby voluntarily dismisses, without prejudice, Sperian's Complaint filed in Civil Action Number CA 08-307 against Defendant Sellstrom Manufacturing Company.

Respectfully submitted,

SPERIAN WELDING PROTECTION AG

Dated: August 14, 2008

/s/ William R. Grimm

William R. Grimm, Esq. (#1938)
Mitchell R. Edwards, Esq. (#6942)
Hinckley Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903-2319
Telephone: (401) 274-2000
Facsimile: (401) 277-9600

Of Counsel:

William P. Berridge
John W. O'Meara
OLIFF & BERRIDGE, PLC
277 South Washington Street
Suite 500
Alexandria, Virginia 22314
Telephone: (703) 836-6400
Facsimile: (703) 836-2787

Attorneys for Plaintiff
Sperian Welding Protection AG

#917651